D-9 (Rev. 07/19/17) SCANNED on 2-10-23 by MC - 9 pages. (date) (initials) (num)

PETITION UNDER 28 U.S.C. § 2254 FOR WRIT OF HABEAS CORPUS
BY A PERSON IN STATE CUSTODY SEEKING REVIEW OF PRISON DISCIPLINARY SANCTION

| Court: United States District Court | District: Southern District of Indiana |
|---|---|
| Name: James E. Phillips | Docket or Case No.: ISR-22-12-0151   1:23-cv-00262-TWP-KMB |
| Place of Confinement: Pendleton Correctional Facility | Prisoner ID No.: 106333 |
| Name of Petitioner: James E. Phillips | Name of Respondent (Superintendent having custody of petitioner): v. Warden Reagle |
| The Attorney General of the State of: Indiana | |

FILED 02/10/2023 U.S. DISTRICT COURT SOUTHERN DISTRICT OF INDIANA Roger A.G. Sharpe, Clerk

## PETITION

1. Name and location of prison disciplinary body that determined guilt of conviction under attack: Disciplinary Hearing Board (DHB), Pendleton Correctional Facility, 4490 W. Reformatory Road, Pendleton, Indiana, 46064-9001.

2. Date of judgment of conviction: 1/10/23

3. Sanction(s) imposed: B235 Fleeing and Resisting

4. Nature of all infractions (rule violations) involved: 14 Day Commissary Restriction and 30 Days Earned Credit time loss

5. What was your plea? (Check one)
   (a) Not Guilty ☑
   (b) Guilty ☐
   (c) Nolo contendre ☐

6. If you pleaded not guilty, what kind of hearing did you have? (Check one)
   (a) Hearing Officer ☐
   (b) Full Hearing ☐
   (c) Other Specify ☑ I was screened but was denied an DHB Hearing

~ 2 ~

7. Did you testify at the disciplinary hearing? I Did Not Have A Hearing.  ☐ Yes  ☑ No

8. Did you appeal the decision of guilt and imposition of sanctions?  ☑ Yes  ☐ No

9. If you did appeal, answer the following:

   (a) Name and title of institutional reviewing authority: Pendleton Correctional Facility
   (b) Result of appeal: Did Not Recieve Response Back From Facility
   (c) Date of result: Did Not Recieve Response Back From Facility
   (d) Grounds raised: Due Process was Denied Due to being Denied the Liberty of Interest of an DHB Hearing.

   (e) If you sought review from any denial of your appeal from a high reviewing authority, answer the following:
      (i) Name and title of higher reviewing authority: Never Recieved an Response to Appeal Attempts,
      (ii) Result of higher appeal: 
      (iii) Date of result: N/A
      (iv) Grounds raised: 

10. Other than administrative appeals from the judgment of conviction and sanction(s), have you previously filed any petitions, applications or motions with respect to this disciplinary sanction in any court, state or federal?  ☐ Yes  ☑ No

11. If your answer to Question 10 was "Yes," please give the following information:

   (1) Name of court:
   (2) Nature of proceeding: N/A
   (3) Grounds raised:

   (4) Did you receive an evidentiary hearing on your petition, motion or application?
      ☐ Yes   ☐ No
   (5) Result: N/A

(6) Date of result: _N/A_

(7) Did you appeal to the highest state court having jurisdiction the result of action taken on any petition, motion or application?  ☐ Yes  ☒ No

(8) If you did *not* appeal from any adverse action of any petition, motion or application, explain briefly why you did not:

This is my First time Presenting an Federal Habeas Corpus on Conduct Report in Court.

12. State *concisely* every ground on which you claim that you are being held unlawfully. Summarize *briefly* the *facts* supporting each ground. If necessary, you may attach pages stating additional grounds and *facts* supporting the same. **CAUTION:** *In order to proceed in federal court, you must ordinarily first exhaust all available administrative appellate remedies as to each ground on which you request action by the federal court. If you fail to set forth all grounds in this petition, you may be barred from presenting additional grounds at a later date.*

A. Ground One: Was Denied Due Process of ~~all individually~~ and Liberty Intrest of Having an DHB hearing.

Supporting FACTS (state *briefly* without citing cases or law): My Due Process Rights were violated Because I Never had an DHB hearing for Conduct Report Recieved and as an Direct Result of that Fact I was Denied liberty Intrest to have an Fair, Accurate, and un Bias DHB hearing to Contest the Allegations that were Held against me nor did I Committ the alledged action Described in Conduct Report. I As a Prisoner may invoke the Federal Constitution's First, Eighth, and Fourteenth Amendment Right Equal Protection Clause where Appropriate and Draw upon internal Prison Grievance Procedures and State Judicial review where Availible and I took these measures with Facility Head to No-Avail. My First, Eighth, And Fourteenth Amendment Rights, Due Process Rights as well as liberty Intrest were violated as an Direct Result for unTrue Conduct Report

~ 4 ~

and the False Allegations within IW. According to Wolf Vs. McDonnell, 418 U.S. 539, 41 L.Ed.2d 935, 94 S.Ct 2963 Questions whether there was any disputed Question of Fact whether offender recieved all Due Process Rights there was No Guilt Found when a Mis Conduct Charge is supported by Substantial Evidence reasoning that the DHB Committee's Duty to Find Guilt was Non Discretionary. Petitioner was Retaliated Against Due to having civil complaints against Facility as well as DHB hearing officer Sgt Miller. Bell Vs. Wolfish, 441 U.S. 520, U.S. Const. Amend V the Court Further held that Courts should defer to the expertise of Correctional officials in the Absense of Evidence indicating that the officials exaggerated their

B. Ground Two: Response to the issue involved in Providing detainment. Due to this Fact my Eighth, First, and Fourteenth Amendment Rights were violated. Procedural Due Process scope of Protection is the Fact that Detention interferes with a Detainee's understandable desire to live as Comfortably as Possible and with as little restraint as Possible during Confinement does Not Convert the Conditions or restrictions of Detentions into Punishment and Facility Did. According to Crawford-El Vs. Britton, No one can Be Retaliated

Supporting FACTS (state *briefly* without citing cases or law): against for speaking out or using their Freedom of speech and Petitioner was Because he Spoke out against Facility and Facility DHB Hearing officer Sgt Miller and Facility DHB hearing officer Sgt Miller Denied me an DHB hearing which Prevented me From Exercising and utilizing my First Amendment Right @ Protected Freedom of speech in an DHB hearing and as an Direct Result my Due Process and liberty Interest Rights were violated. Sorry for citing case laws But those case laws cited helped me the Petitioner Articulate his Due Process Arguments Accurately and also make Petitioners Argument a matter of law And Not Just an Argument or Statement.

~ 5 ~

_____

_____

_____

_____

_____

_____

_____

14. Do you have any petition, motion, application or appeal now pending in any court or before any administrative hearing body, either state or federal, as to the disciplinary action under attack?

☑ Yes    ☐ No

15. Give the name and prison identification number or title of any inmate or staff law advocate who represented you in the following stages of the disciplinary proceeding under attack:

a. Disciplinary hearing: 9/28/22 Pendleton Correctional Facility

b. Institutional level appeal: 9/28/22

c. Higher level appeal: 10/28/22

*WHEREFORE*, Petitioner prays that the Court grant petitioner relief to which petitioner may be entitled in this proceeding.

_____
(signature)

James E. Phillips #106333
(name, printed)
Petitioner / *Pro se*

~ 8 ~

## AFFIRMATION

I, the undersigned, declare (or certify, verify, or state) under penalty of perjury that the foregoing representations are true and correct to the best of my personal knowledge and belief; and, that this Petition for Writ of Habeas Corpus was placed in the mailing system on the below executed date.

Executed on this 10 day of February, 2023.

(signature)

James E. Phillips
(name, printed)
Petitioner / *Pro se*

IDOC # 106353
Pendleton Correctional Facility
4490 W. Reformatory Road
Pendleton, Indiana. 46064-9001