# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF INDIANA
# INDIANAPOLIS DIVISION

| | |
|---|---|
| JAMES E. PHILLIPS, | ) |
| | ) |
| Petitioner, | ) |
| | ) |
| v. | ) No. 1:23-cv-00262-TWP-KMB |
| | ) |
| REAGLE Warden, | ) |
| | ) |
| Respondent. | ) |

## FINAL JUDGMENT

The Court now enters **FINAL JUDGMENT** in this action in favor of the respondent and against the petitioner. The petition for writ of habeas corpus relating to ISR 22-12-0151 is **denied** and this action is **dismissed with prejudice.**

Date: 1/30/2025

Kristine L. Seufert, Clerk

BY: _____
Deputy Clerk, U.S. District Court

Hon. Tanya Walton Pratt, Chief Judge
United States District Court
Southern District of Indiana

Distribution:

JAMES E. PHILLIPS
106333
WABASH VALLEY - CF
WABASH VALLEY CORRECTIONAL FACILITY
Inmate Mail/Parcels
6908 S. Old US Hwy 41 P.O. Box 1111
CARLISLE, IN 47838

Natalie Faye Weiss
INDIANA ATTORNEY GENERAL
natalie.weiss@atg.in.gov